IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT CARTWRIGHT | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Case No. 17-CV-558-GKF-JFJ |
| | ) | |
| IC BUS, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the parties to the above-captioned case hereby stipulate to the dismissal of the case *with prejudice*, with each party to bear his or its own costs and attorneys' fees in connection herewith.

Respectfully submitted,

*s/David Bross*
Daniel E. Smolen, OBA No. 19943
Lauren Lambright, OBA No. 22300
David Bross, OBA No. 31345
Smolen, Smolen & Roytman
701 S Cincinnati Ave
Tulsa, OK  74119
Telephone (918) 585-2667
Facsimile (918) 585-2669
danielsmolen@ssrok.com
laurenlambright@ssrok.com
davidbross@ssrok.com

Attorneys for Plaintiff

*s/Kristen L. Brightmire*
Kristen L. Brightmire, OBA No. 14239
Lauren R. Myers, OBA No. 32842
Doerner, Saunders, Daniel & Anderson, LLP
Williams Center Tower II
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103
Telephone (918) 582-1211
Facsimile (918) 591-5360
kbrightmire@dsda.com
lmyers@dsda.com

Attorneys for Defendant

4689692.1